| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | |
| **EASTERN DISTRICT OF WASHINGTON** | |
| LOUIS GRAVES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CAROLYN W. COLVIN,<br><br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 15-CV-0205-FVS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DENY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>ECF Nos. 13, 14, 18 |

**BEFORE THE COURT** is the Report and Recommendation issued by Magistrate Judge Mary K. Dimke on November 14, 2016, ECF No. 18, recommending Plaintiff's Motion for Summary Judgment, ECF No. 13, be granted, and Defendant's Motion for Summary Judgment, ECF No. 14, be denied. Defendant filed objections to the Report and Recommendation on November 17, 2016. ECF No. 19. Plaintiff responded to Defendant's objections on November 28, 2016. ECF No. 20.

ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DENY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ~ 1

After reviewing the Report and Recommendation, the objections and the response, and relevant authorities; the Court finds the Magistrate Judge's findings are correct.  Therefore, the Court adopts the Report and Recommendation in its entirety.  Accordingly, **IT IS ORDERED:**

1. Defendant's Objections to Magistrate Judge Dimke's Report and Recommendation, **ECF No. 19**, are **OVERRULED**.

2. The Report and Recommendation, **ECF No. 18**, is **ADOPTED** in its entirety.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 13,** is **GRANTED**.

4. Defendant's Motion for Summary Judgment, **ECF No. 14,** is **DENIED.**

The District Court Executive is directed to file this Order and forward copies to the parties.  Judgment shall be entered for Plaintiff and the file shall be **CLOSED**.

DATED December 14, 2016.

s/<u>*Fred Van Sickle*</u><br>Fred Van Sickle<br>Senior United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DENY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ~ 2