# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| LOUIS GRAVES,<br>*Plaintiff*<br>v.<br>CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration,<br>*Defendant* | ) ) ) ) ) ) Civil Action No. 2:15-CV-205-FVS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 13) is GRANTED.
Defendant's Motion for Summary Judgment (ECF No. 14) is DENIED.
Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    FRED VAN SICKLE    on motions for Summary Judgment (ECF Nos. 13 and 14).

Date: December 14, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb