# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LOUIS GRAVES,<br><br>                Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                Defendant. | No. 2:15-CV-00205-FVS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION TO GRANT STIPULATION AWARDING FEES UNDER THE EAJA<br><br>ECF No. 26, 28 |

**BEFORE THE COURT** is the Report and Recommendation issued by Magistrate Judge Mary K. Dimke on April 17, 2017, ECF No. 28, recommending the parties' Stipulation Awarding Fees under the EAJA, ECF No. 26, be granted**.** No objection was filed.

After review, the Court adopts the Report and Recommendation in its entirety.

Accordingly, **IT IS ORDERED:**

1. The Report and Recommendation, **ECF No. 28,** to grant the parties' Stipulation Awarding Fees under the EAJA, **ECF No. 26,** is **ADOPTED in its entirety**.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

2. The District Court Executive is directed to enter this Order, forward copies to the parties, and close the file.

DATED May 4, 2017.

*s/ Fred Van Sickle*
Fred Van Sickle
Senior United States District Judge